UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**John Howard Reedy Sr.**
S.S. No.: xxx-xx-4658
Mailing Address: 827 East Donaldson Avenue, Raeford, NC 28376-

Case No. 10-82160

Debtor.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on November 29, 2010.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: December 20, 2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
---
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 11/18/10
**Lastname-SS#:** Reedy-4658

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Creditor Name | Sch D # | Description of Collateral |
|---|---|---|
| Beneficial | 2 | House and Lot |
| Hoke Co Taxes | 2 | |
| | | |
| | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|
| Beneficial | | | ** |
| Hoke Co Taxes | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| None | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| None | | | N/A | n/a | | |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| Regional Acceptance | 4 | $8,034 | 5.00 | $80 | $211.19 | 2003 Dodge Truck |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| American General | 1 | $3,594 | 5.00 | $36 | $94.47 | 2000 Buick Lesabre |
| | | | 5.00 | | | |
| | B | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | $1,198 |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$372** per month for **48** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **8.00** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE

(Page 4 of 4)

Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions

Plan to allow for 3 "waivers". Interest on EAE at fed. judgment rate

## CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

| | | |
|---|---|---|
| North Carolina Department of Revenue<br>c/o NC Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | US Attorney's Office (ED)**<br>310 New Bern Avenue<br>Suite 800, Federal Building<br>Raleigh, NC 27601-1461 | Chase<br>Cardmember Service<br>Post Office Box 15298<br>Wilmington, DE 19850-5298 |
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | American General Finance<br>3109 North Main Street<br>Suite 103<br>Hope Mills, NC 28348 | Hoke County Tax Collector<br>Post Office Box 217<br>Attn: Managing Agent<br>Raeford, NC 28376-0217 |
| Credit Bureau<br>Post Office Box 26140<br>Greensboro, NC 27402 | American General Financial Services<br>3109 N Main Street<br>Ste 103<br>Attn: Managing Agent<br>Hope Mills, NC 28348-2688 | HSBC<br>Cardmember Services<br>PO Box 5894<br>Carol Stream, IL 60197-5894 |
| NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Applied Bank<br>Bankcard Center<br>PO box 11170<br>Wilmington, DE 19850-1170 | HSBC<br>Post Office Box 81622<br>Salinas, CA 93912-1622 |
| Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Beneficial<br>Post Office Box 3425<br>Buffalo, NY 14240-9733 | HSBC<br>Post Office Box 5253<br>Carol Stream, IL 60197 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Beneficial<br>Post Box 3425<br>Attn: Managing Agent<br>Buffalo, NY 14240-9733 | Internal Revenue Service<br>Post Office Box 21126<br>Philadelphia, PA 19114-0326 |
| Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Capital One<br>Post Office Box 30285<br>Salt Lake City, UT 84130-0285 | Juniper<br>c/o Barclays Bank<br>Post Office Box 8803<br>Wilmington, DE 19899 |
| ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Road, Ste. 100<br>Woodbury, MN 55125 | Capital One<br>Post Office Box 85015<br>Richmond, VA 23285-5075 | Lowe's<br>c/o GE Money Bank<br>PO Box 981064<br>El Paso, TX 79998-1064 |
| Internal Revenue Service (ED)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Capital One Bank<br>Attn: Bankruptcy Department<br>Post Office Box 85167<br>Richmond, VA 23285-5167 | Lowe's<br>c/o GE Money Bank<br>PO Box 981401<br>El Paso, TX 79998-1401 |

Lowe's
c/o GE Money Bank
PO Box 103104
Roswell, GA 30076

The Law Offices of John T. Orcutt, P.C.
6616-203 Six Forks Road
Raleigh, NC 27615

Merrick Bank
Post Office Box 9201
Old Bethpage, NY 11804

US Attorney's Office
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

Zip 19
C/o Northway Financial
Level 8
Plaza Commercial Center
Bisazza Strata

North Carolina Dept of Revenue
Post Office Box 1168
Raleigh, NC 27602-1168

North Carolina Employment Security Commission
Post Office Box 26504
Raleigh, NC 27611

Orchard Bank
c/o HSBC Card Services
Post Office Box 80084
Salinas, CA 93912-0084

Orchard Bank
c/o Household Credit Services
Post Office Box 5253
Carol Stream, IL 60197-5253

Ethel Reedy
827 East Donaldson Avenue
Raeford, NC 28376

Regional Acceptance Corporation
1351 East Bardin Road
#251
Attn: Managing Agent
Arlington, TX 76018